**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KC7 RANCH, LTD, | § | Case No 17-45166-11 |
| | § | Chapter 11 |
| DEBTOR. | § | |

## VERIFICATION OF CREDITOR MATRIX

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☒ is the first matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and addresses(es) on previously filed mailing list(s).

☐ deletes name(s) and addresses(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date   December 28, 2017

*Signature of Attorney*
J. Michael Sutherland  (19524200)
Carrington, Coleman, Sloman &
  Blumenthal, L.L.P.
901 Main Street, Suite 5500
Dallas, TX  75202
214-855-3069
214-855-1333 – Fax
msutherland@ccsb.com

 20-2990304
Debtor's Social Security/Tax ID No.

KC7 Ranch, Ltd., **Debtor**
4800 Bryant Irvin Court
Fort Worth, TX 76107


KC7 Holdings, LLC
4800 Bryant Irvin Court
Fort Worth, TX 76107


KC7 GP, LLC
4800 Bryant Irvin Court
Fort Worth, TX 76107


KC7 Partners, LLC **r**
4800 Bryant Irvin Court
Fort Worth, TX 76107


J. Michael Sutherland
Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main Street, Suite 5500
Dallas, TX 75202


Michelle V. Larson
Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main Street, Suite 5500
Dallas, TX 75202


U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Office of the United States Attorney
1100 Commerce Street, 3rd Floor
Dallas, TX 75242-1699

Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Avenue, NW
Washington, DC 20530


Texas Attorney General's Office
Bankruptcy-Collections Division
PO Box 12548
Austin, TX 78711-2548


State Comptroller of Public Accounts
Revenue Accounting Division-Bankruptcy Section
PO Box 13528
Austin, TX 78711


Texas Workforce Commission
TEC Building – Bankruptcy
101 East 13th Street
Austin TX 78778


Tarrant Appraisal District
2500 Handley-Ederville Road
Fort Worth, TX 76118


Tarrant County Tax Assessor
100 E. Weatherford
Fort Worth, TX 76119


Hitachi Infrastructure Systems (America), LLC
50 Prospect Avenue
Tarrytown, NY 10591


Jeremy Samson
Senior Corporate Counsel
Hitachi America, Ltd.
50 Prospect Avenue
Tarrytown, NY 10591

Steven B. Harris
Squire Patton Boggs
6200 Chase Tower   600 Travis Street
Houston, Texas  77002
steven.harris@squirepb.com


Walker C. Friedman
Friedman, Suder & Cooke, P.C.
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102


Christian D. Tucker
Friedman, Suder & Cooke, P.C.
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102


H. Allen Pennington, Jr.
Pennington Hill, LLP
Tindall Square Warehouse No. 3
509 Pecan Street, Suite 101
Fort Worth, Texas  76102