**United States Bankruptcy Court**
**Northern District Of Texas**

In re    KC7 Ranch, Ltd.             Case No.    17-45166
               Debtor(s)             Chapter      11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this Chapter 11 Case

| Name of last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| KC7 Partners, LLC<br>4800 Bryant Irvin Court<br>Fort Worth, TX 76107-7640<br>Attn: Thomas F. Darden, President | Limited Partnership interests | 100% | Limited Partnership interests |
| KC7 GP, LLC<br>4800 Bryant Irvin Court<br>Fort Worth, TX 76107-7640<br>Attn: Thomas F. Darden, President | General Partnership interests | 0% | General Partnership interests |

**DECLARATION UNDER PENALTY OF PERJURY ON**
**BEHALF OF CORPORATION OR PARTNERSHIP**

    I, the President of the Texas limited partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    JANUARY 8, 2018        Signature    *[signature]*
                                                                          Thomas F. Darden, President

Sheet 1 of 1 in List of Equity Security Holders
i_7155639v.1