J. Michael Sutherland
Michelle V. Larson
**CARRINGTON, COLEMAN, SLOMAN**
**& BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, TX 75202
214-855-3000
214-855-1333 – Fax

PROPOSED COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **KC7 RANCH, LTD,** | § | Case No. 17-45166-mxm |
| | § | Chapter 11 |
| | § | |
| **DEBTOR.** | § | *JOINTLY ADMINISTERED* |
| | § | *UNDER 17-45166-mxm* |

## SCHEDULES OF ASSETS AND LIABILITIES OF
## DEBTOR KC7 RANCH, LTD., INC. (CASE NO. 17-45166)

i_7206041v.1

J. Michael Sutherland
Michelle V. Larson
**CARRINGTON, COLEMAN, SLOMAN**
**& BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, TX 75202
214-855-3000
214-855-1333 – Fax

PROPOSED COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **KC7 RANCH, LTD., ET AL,** | § | **Case No. 17-45166-mxm** |
| | § | **Chapter 11** |
| **DEBTORS.** | § | |
| | § | **(Jointly Administered)** |
| | § | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**Introduction**

The Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements,**" and, together with the Schedules, the "**Schedules and Statements**") filed by KC7 Ranch, Ltd. and its above-captioned affiliated debtors and debtors in possession (collectively, the "**Debtors**") in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth (the "**Bankruptcy Court**") were prepared in accordance with section 521 of title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") by management of the Debtors, with the assistance of the Debtors' professional advisors, and are unaudited.

Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

These Global Notes and Statement of Limitations, Methods, and Disclaimer Regarding the Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes

1

should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, or exhibit.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

## Global Notes and Overview of Methodology

1.  **General Reservation of Rights**. Although the Debtors have made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("**Claim**") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 11 cases, including issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2.  **Description of Cases and "As Of" Information Date**. On December 28, 2017 (the "**Petition Date**"), KC7 Ranch, Ltd. ("**KC7 Ranch**") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. On January 1, 2018, the remaining Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court (collectively, December 28, 2017 and January 1, 2018, are referred to as the "**Petition Dates**"). The Debtors' chapter 11 cases are jointly administered for procedural purposes. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases. Unless otherwise stated herein, liabilities are reported as of the respective Petition Dates.

2

3.   **Basis of Presentation**. The Schedules and Statements purport to reflect the assets and liabilities of separate Debtors. There are instances, however, when another Debtor engages in a specific transaction or series of transactions which might generate assets, liabilities or other entries reported in the Schedules and Statements. When practicable, the Schedules and Statements reflect the assets and liabilities of each separate Debtor. But certain assets and liabilities reported in the Schedules of one or more of the Debtors may, in fact, be owned by one of the other Debtors. However, it would be unduly burdensome and an inefficient use of estate assets for the Debtors to allocate all of their assets and liabilities other than as described above. The Debtors reserve all rights relating to the legal ownership of assets and liabilities among the Debtors and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

4.   **Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in the Schedules are inclusive of each Debtor's guarantor obligations.

5.   **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including goodwill, intangibles, and certain accrued liabilities including, but not limited to, accrued employee compensation and benefits, tax accruals, accrued accounts payable, deferred income accruals, litigation accruals, and certain deposits. The Debtors have also excluded potential Claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such Claims exist.

6.   **Amendments and Supplements; All Rights Reserved**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; inadvertent errors or omissions, however, may exist. The Debtors reserve all rights, but are not required, to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

7.   **References**. Reference to applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens and/or claims. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

8.   **Currency**. All amounts are reflected in U.S. dollars.

i_7202502v.3

9. **Book Value**. Unless otherwise indicated, the Debtors' assets are shown on the basis of their net book values as of the respective Petition Dates, and the Debtors' liabilities are shown on the basis of their net book values as of the respective Petition Dates. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books. Net book values may vary, sometimes materially, from market values. The Debtors do not intend to amend these Schedules and Statements to reflect market values.

10. **Paid Claims**. The Bankruptcy Court authorized the Debtors to pay certain outstanding prepetition Claims—including, but not limited to, payments to employees and certain vendors. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities. Where the Schedules list creditors and set forth the Debtors' scheduled amount of such Claims, such scheduled amounts reflect amounts owed as of the Petition Dates, adjusted for any post-petition payments made pursuant to the authority granted to the Debtors by the Bankruptcy Court. In addition, to the extent the Debtors later pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action, such as filing Claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

11. **Recharacterization**. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate.

12. **Claims of Third-Party Entities**. Although the Debtors have made reasonable efforts to classify properly each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and/or contingent or non-contingent, the Debtors have not been able to fully reconcile all payments made to certain third-party entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtors have classified their estimate of Claims of a creditor as disputed, for example, all Claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are individually designated as such.

Additionally, although most third party creditors are listed as creditors of KC7 Ranch, Ltd., it is the Debtors' position that certain of these debts maybe allocated to the other affiliated Debtors and the Debtors therefore reserve all rights related thereto.

13. **Liabilities**. The Debtors allocated liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available, and further research is conducted, the allocation of liabilities between the

4

prepetition and post-petition periods may change. The Debtors reserve the right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

14. **Guarantees and Other Secondary Liability Claims.** Where guarantees have been identified, they have been included in the relevant liability Schedule for the Debtor or Debtors affected by such guarantee. The Debtors have also listed such guarantees on the applicable Schedule H. It is possible that certain guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

15. **Intercompany Claims.** The Debtors and/or the Debtors and non-debtor affiliates engage in various other intercompany transactions (the "**Intercompany Claims**"). The Debtors have attempted to net intercompany receivable/payables for each Debtor on Schedule B and Schedule F.

16. **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

17. **Executory Contracts and Unexpired Leases.** The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

18. **Claims Description.** Schedules D, E, and F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection.

5

The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated." In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

19. **Causes of Action.** Despite their reasonable efforts, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

20. **Undetermined Amounts.** Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined". The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

21. **Liens.** Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

22. **Global Notes Control.** In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

23. **Confidentiality:** There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

**General Disclosures Applicable to Schedules**

1. **Classifications.** Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," or (c) on Schedule F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

i_7202502v.3

2.   **Schedule A/B - Real and Personal Property.**

   a)   **Schedule A/B.3.** Bank account balances are as of the end of business on the Petition Dates.

   b)   **Schedule A/B.11.** The Debtors do not age their allowance for doubtful accounts.

   c)   **Schedule A/B.15.** For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests. The book values of certain assets may materially differ from their fair market.

   d)   **Schedule A/B; Part 6 and Part 8:** Farming related assets and machinery, equipment and vehicles are recorded at cost and depreciated on a tax basis over the estimated useful lives of the assets. When machinery, equipment, and vehicles are sold or otherwise disposed of, the asset and related accumulated depreciation accounts are relieved and any resulting gain or loss is reflected in earnings.

   e)   **Schedule A/B; Part 9:** Real Property is recorded at cost and depreciated (as appropriate) on a straight-line basis over the estimated useful lives of the assets. Leasehold improvements are depreciated over the shorter of the remaining expected lease term or the estimated useful lives of the assets. As a result of certain transactions and consistent with normal accounting practices, the Debtors have adjusted the net book value of certain fixed assets to account for the implied fair market value of such assets. The Debtors have accounted for these changes with journal entry adjustments as opposed to revaluing each individual asset. Costs of improvements and renewals are capitalized, while costs of normal maintenance and repairs are charged to expense as incurred.

   f)   **Schedule A/B.50:** If any such machinery, fixtures, and equipment are leased, the applicable leases will appear on the relevant Debtor's Schedule G of executory contracts and unexpired leases; however, the corresponding value of the leasehold interest may be reflected in Schedule A/B.50 as "undetermined" and included in the aggregate amount reported by the corresponding Primary Operating Debtor.

   g)   **Schedule A/B.55:** Real property owned by KC7 Ranch, Ltd., together with its mineral interests and water rights, is being marketed for sale at a price of $52 million.

   h)   **Schedule A/B.74:** Despite exercising their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. Unless otherwise noted on specific responses, items reported on Schedule A/B are reported from the Debtors' book and records as of the Petition Date. The Debtors reserve all of their rights with respect to any claims and causes of action they may have. Neither these Global Notes nor the Schedules

7

shall be deemed a waiver of any such claims or causes of action or to prejudice or impair the assertion thereof in any way.

i) **Schedule A/B.75:** In the ordinary course of business, the Debtors may have accrued, or may in the future accrue, certain rights to counter-claims, cross-claims, setoffs, and/or refunds with Debtors' customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B.75.

3. **Schedule D - Creditors Holding Secured Claims.** The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or have been incurred before the Petition Date. Capital leases are listed on Schedule G.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be deemed, an admission as to the validity of any such lien. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. The Debtors made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

i_7202502v.3

4. **Schedule F - Creditors Holding Unsecured Claims.** The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact.

In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits, rebates, or allowances due from such creditors to the applicable Debtors. Certain Debtors may pay additional Claims listed on Schedule F during these chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and reserve all of their rights to update Schedule F to reflect such payments.

Schedule F also contains information regarding pending litigation and involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

5. **Schedule G – Executory Contracts and Unexpired Leases.** While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements; amendments, supplements, full and partial assignments, renewals and partial releases. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, subordination, nondisturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance. In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the applicable Debtor and such supplier or provider. In such cases, the Debtors made their best efforts to determine the correct Debtor on which to list such executory contracts or unexpired leases. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

9

The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, leases or Insertion Orders set forth in Schedule G and to amend or supplement such Schedule as necessary. Inclusion or exclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtors reserve all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

6.     **Schedule H - Codebtors.** Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary. Due to the voluminous nature of debts listed in the Schedules, and to avoid unnecessary duplication, the Debtors have not listed debts that more than one Debtor may be liable if such debt is also listed on Schedules E/F or G for the respective co-Debtor liable for such debt.

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of their business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such claims are listed elsewhere in the Statements and Schedules, they have not been set forth individually on Schedule H.

Schedule H also reflects guarantees by various Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements. Further, the Debtors believe that certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or are unenforceable.

### General Disclosures Applicable to Statements

1.     **Questions 1 and 2.** What constitutes "non-business revenue" for a ranch with significant water and mineral rights is unclear. The Debtors reserve the right to recharacterize "non-business revenue" as "gross revenue from business," and vice versa.

2.     **Question 4.** The Debtors reserve all rights to dispute whether someone identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code. For more information regarding each Debtor's officers and directors, see Questions 28 and 29.

i_7202502v.3

3. **Question 7.** The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.

4. **Question 11.** All disbursements listed in Statement 11 were initiated and disbursed by KC7 Ranch, Ltd., but were for the benefit of all Debtors.

5. **Question 13.** While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally. Dispositions made in the ordinary course of business or the financial affairs between the Debtors and their non-debtor affiliates for certain items, including but not limited to, expense reimbursements have not been reflected in Question 13.

i_7202502v.3

---

**Fill in this information to identify the case and this filing:**

Debtor Name __KC7 Ranch, Ltd.__

United States Bankruptcy Court for the: __Northern__ District of __Texas__
(State)

Case number (If known): __17-45166-mxm__

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ *Amended Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/02/2018__       **X** _/s/ signature_
MM / DD / YYYY               Signature of individual signing on behalf of debtor

Thomas F. Darden
Printed name

President
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name  KC7 Ranch, Ltd

United States Bankruptcy Court for the: Northern District of Texas
Fort Worth Division     District of TEXAS
                                        (State)

Case number (if known):     17-45166-mxm

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | **Summary of Assets** |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................  $ 52,000,000

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................  $ Unknown

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................  $ 52,000,000+

| **Part 2:** | **Summary of Liabilities** |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................  $ 22,000,771

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................................  $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .....................................  + $ Unknown

4. **Total liabilities**...................................................................................................................................  $ 22,000,771+
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name __KC7 Ranch, Ltd__

United States Bankruptcy Court for the: Northern District of Texas / Fort Worth Division    District of __TEXAS__
(State)

Case number (If known): __17-45166-mxm__

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. **Cash on hand**                                                           $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. BBVA Compass Bank | Operating | 8  0  7  9 | $  10,140.95 |
| 3.2. BBVA Compass Bank | Money Market | 9  3  4  9 | $  38,132.42 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____

   4.2. _____    $_____

5. **Total of Part 1**                                                        $  48,273.37

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____

   7.2. _____    $_____

Debtor    KC7 Ranch Ltd
          _____        Case number (if known)  17-45166-mxm
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____        $_____

   8.2. _____        $_____

9. **Total of Part 2.**                                                 $_____
   Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                                        Current value of debtor's
                                                                        interest

11. **Accounts receivable**

    11a. 90 days old or less:    (6,102.13)          –  _____  = ........ →   $     (6,102.13)
                               face amount                doubtful or uncollectible accounts

    11b. Over 90 days old:      3,002,389.14         –  _____  = ........ →   $   3,002,389.14
                               face amount                doubtful or uncollectible accounts

12. **Total of Part 3**                                                                         $   2,996,287.01
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                        Valuation method          Current value of debtor's
                                                        used for current value    interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____        _____        $_____

    14.2. _____        _____        $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1. _____        _____%        _____        $_____

    15.2. _____        _____%        _____        $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1. _____        _____        $_____

    16.2. _____        _____        $_____

17. **Total of Part 4**                                                                 $_____
    Add lines 14 through 16. Copy the total to line 83.

---

Debtor    __KC7 Ranch Ltd_____      Case number *(if known)*__17-45166-mxm_____
          <sub>Name</sub>

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.
    $_____

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☐ No. Go to Part 7.
    - ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| Horses | $ 3,271 | Depreciation Schedule | $ Unknown |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| Farm Machinery and equipment | $ 493,199 | Depreciation Schedule | $ Unknown |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor __KC7 Ranch Ltd_____ Case number (if known)__17-45166-mxm____
           Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$___Unknown_____

34. **Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☒ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    KC7 Ranch Ltd
_____
          Name

Case number (if known)    17-45166-mxm
_____

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☒ Yes. Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  See Exhibit Form 206ab Part 8 | $ 271,562 | Depreciation Schedule | $ Unknown |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Exhibit Form 206ab Part 8 | $ 33,315 | Depreciation Schedule | $ Unknown |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ Unknown

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

**KC7 Ranch LTD**
**Exhibit 206ab Part 8**

Part 8: Machinery, equipment, and vehicles

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

|  |  | NBV | VIN #'s |
|---|---|---|---|
| 2004 Ford Excursion | 08/11/15 | 19,216 | 1FMNU43S24EB32499 |
| 2004 Chevy P/U | 08/11/15 | 15,383 | 1GCHK24U04E285958 |
| 1992 GMC Truck | 08/11/15 | 1,643 | 2GTFK29K0N1532414 |
| 2005 Load Trailer | 08/11/15 | 2,464 | 4ZEDT122751003844 |
| 2006 Ford F250 | 08/11/15 | 5,706 | 1FTNF21586EA04450 |
| 2007 Ford F250 | 08/11/15 | 7,802 | 1FTNF21537EA08035 |
| 2011 GMC Sierra Truck | 08/11/15 | 14,957 | 1GT22ZCG0BZ282364 |
| Ford F250 Diesel | 08/11/15 | 9,858 | 1FTSX21P26ED93314 |
| 2009 Gooseneck Model 09246 (Livestock Trailer) | 08/11/15 | 5,750 | 1GNSKJKC0GR474110 |
| Flatbed Trailer | 08/11/15 | 6,572 | 1GNSKJKC0GR474110 |
| 2011 Lone (Livestock Trailer) | 08/11/15 | 5,750 | 1GNSKJKC0GR474110 |
| 2014 Black Jeep Wrangler Unlimited | 02/29/16 | 37,803 | 1C4BJWEG1EL310954 |
| 2016 Lexus | 09/27/16 | 58,806 | JTJHY7AX5G4218547 |
| 2016 Suburban | 09/29/16 | 75,201 | 1GNSKJKC0GR474110 |
| 1979 Mack Dump Truck | 12/21/2016 | 2,695 | R686ST25050 |
| 2016 Carry On (Trailer) | 01/09/16 | 1,094 | 4YMCH202XGT008521 |
| Surburban motor and parts | 02/26/16 | 862 | 1GNSKJKC0GR474110 |
|  |  |  |  |
| Total Transporation (Titled) |  | 271,562 | Form 206 A/B Part 8 #47 |

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

|  |  | NBV |  |
|---|---|---|---|
| ATVS | 08/11/15 | 21,589 |  |
| Trailer | 08/11/15 | 3,511 |  |
| Fuel Trailer | 08/11/15 | 8,215 |  |
|  |  |  |  |
| Total Transporation (No Title) |  | 33,315 | Form 206 A/B Part 8 #50 |

Debtor __KC7 Ranch Ltd_____   Case number (if known)___17-45166-mxm_____
　　　　　　Name

## Part 9:　Real property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _Ranch house,  barn and corrals 30,445.56 acres_ | _Ranch Operations_ | $__24,584,490__ | _Depreciation Schedule_ | $52,000,000 (List price on Sotheby's Real Estate)<br>$_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $　　52,000,000

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

## Part 10:　Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____Startup Costs_____ | $__46,152__ | _Depreciation Schedule_ | $__46,152__ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $　　46,152

Debtor ___KC7 Ranch Ltd_____      Case number (if known)___17-45166-mxm_____
       Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
- ☒ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

                                                              **Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➜   $_____
                                           Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                     $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

  Glenn M. Darden, et al, Claimants _____           $___Unknown____

**Nature of claim**       ___Unsecured, Unliquidated Claim for___ monetary damages

**Amount requested**     $__Unknown___

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____             $_____

**Nature of claim**     _____

**Amount requested**     $_____

76. **Trusts, equitable or future interests in property**

_____             $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

  Groundwater Interest _____           $___Unknown____
  __Mineral Interest_____           $___Unknown____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.           $___Unknown____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

Debtor ___KC7 Ranch Ltd_____      Case number (if known) ___17-45166-mxm_____
       Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 48,273.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2,996,287.01 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ Unknown | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ Unknown | |
| 88. **Real property.** *Copy line 56, Part 9.* . ......................➔ | | $ 52,000,000 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 46,152 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ Unknown | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $_____ | + 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................... $_____

**Fill in this information to identify the case:**

Debtor name  KC7 Ranch, Ltd

United States Bankruptcy Court for the:  Northern District of Texas Fort Worth Division  District of  TEXAS
(State)

Case number (If known):  17-45166-mxm

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

Creditor's name
Hitachi Infrastructure Systems (America), LLC

Describe debtor's property that is subject to a lien
31,097 Acres in Jeff Davis and Reeves Counties, Texas   $ 22,000,771     $ Unknown

Creditor's mailing address

50 Prospect Avenue
Tarrytown, NY 10591

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred   8/11/2015
Last 4 digits of account number   N / A

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Creditor's name

Describe debtor's property that is subject to a lien
  $     $

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred
Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $

Debtor _____ Case number *(if known)*_____
           <sub>Name</sub>

| | | *Column A*<br>Amount of claim<br>Do not deduct the value<br>of collateral. | *Column B*<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

## Part 1:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.__ Creditor's name**

           **Describe debtor's property that is subject to a lien**

$_____    $_____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.__ Creditor's name**

           **Describe debtor's property that is subject to a lien**

$_____    $_____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor _____ Case number (if known) _____
         Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor      KC7 Ranch, Ltd

United States Bankruptcy Court for the:     Northern District of Texas
                                            Fort Worth, Division        District of   Texas
                                                                                      (State)

Case number     17-45166-mxm
(If known)

☐ Check if this is an
  amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
    3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim  $_____        Priority amount  $_____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim  $_____        Priority amount  $_____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim  $_____        Priority amount  $_____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

| Debtor | KC7 Ranch, Ltd | Case number (if known) | 17-45166-mxm |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim** | **Priority amount**

---

**2.__** Priority creditor's name and mailing address

$_____  $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____  $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____  $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____  $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

Debtor   __KC7 Ranch, Ltd_____   Case number (if known) __17-45166-mxm__
  Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ |
|---|---|---|---|

_See Exhibit 206ef Part 2 #3_

❑ Contingent
❑ Unliquidated
❑ Disputed

_____

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ❑ No   ❑ Yes |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ |
|---|---|---|---|

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ❑ No   ❑ Yes |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ |
|---|---|---|---|

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ❑ No   ❑ Yes |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ |
|---|---|---|---|

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ❑ No   ❑ Yes |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ |
|---|---|---|---|

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ❑ No   ❑ Yes |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ |
|---|---|---|---|

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ❑ No   ❑ Yes |

KC7 Ranch LTD
Exhibit 206ef Part 2 #3

Part 2: List all creditors with nonpriority unsecured claims

    3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of
Part 2

| Number | Name | Mailing Address | Date or dates debt was incurred | Last 4 digits of account number | As of the petition filing date, the claim is: | Is the claim subject to offset? | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 3.1 | Accurate and Affordable Bookkeeping Services | 604 Cedar Street, Mineral Wells, TX 76067 | Unknown | N/A | | No | Unknown |
| 3.2 | BBVA Compass Bank | PO Box 2210, Decatur, AL 35699 | December 2017 | 6287 | | Yes | 1,494.00 |
| 3.3 | DialTone Services LP | P. O. Box 470910, San Francisco, CA 94147-0910 | Unknown | N/A | | No | Unknown |
| 3.4 | DirecTV | PO Box 78626, Phoenix, AZ 85062 | December 2017 | N/A | | No | 281.80 |
| 3.5 | Gibson's Home Center | 810 Walthall Street, Pecos, TX 79772 | December 2017 | N/A | | No | 207.93 |
| 3.6 | Glenn M. Darden, et al, Claimants vs. Thomas F. Darden, et al, Respondents | N/A | Unknown | N/A | Contingent, Unliquidated, Disputed | No | Unknown |
| 3.7 | Hughes Network Systems, LLC | PO Box 96874, Chicago, IL 60693 | December 2017 | N/A | | No | 344.27 |
| 3.8 | J. Scott Morris | 3355 Bee Caves Road, Suite 202, Fort Worth, TX 78746-6673 | Unknown | N/A | | No | Unknown |
| 3.9 | Johnson Feed & Western Wear | 2600 East Highway 90, Alpine, TX 79830 | Unknown | N/A | | No | Unknown |
| 3.10 | McCoy's - Alpine #86 | 2700 East Highway 90, Alpine, TX 79830-4113 | Unknown | N/A | | No | Unknown |
| 3.11 | Morrison True Value Hardware | 301 North 5th Street, Alpine, TX 79830 | December 2017 | N/A | | No | 218.38 |
| 3.12 | NAPA Auto Parts | 409 East 2nd, Odessa, TX 79761 | Unknown | N/A | | No | Unknown |
| 3.13 | Pecos Tire | PO Box 1148, Pecos, TX 79772 | December 2017 | N/A | | No | 255.08 |
| 3.14 | Republic Services #688 | PO Box 78829, Phoenix, AZ 85062 | December 2017 | N/A | | NO | 157.88 |
| 3.15 | Rio Grande Electric Cooperative | PO Box 1509, Brackettville, TX 78832 | December 2017 | N/A | | No | 637.25 |
| 3.16 | Texas Pacific Land Trust | 1700 Pacific Avenue, Suite 2770, Dallas, TX 75201 | December 2017 | N/A | | No | 3,039.03 |
| 3.17 | WTG Fuels, Inc | PO Box 3514, Midland, TX 79702 | December 2017 | N/A | | No | 1,156.10 |

Debtor     KC7 Ranch, Ltd
_____
           Name

Case number (if known)_____17-45166-mxm_____

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                   **Amount of claim**

**3.___**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ Liquidated and neither contingent nor disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
❏ No
❏ Yes

---

**3.___**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
❏ No
❏ Yes

---

**3.___**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
❏ No
❏ Yes

---

**3.___**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
❏ No
❏ Yes

---

**3.___**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
❏ No
❏ Yes

Debtor _____KC7 Ranch, Ltd_____     Case number (if known)___17-45166-mxm_____
       Name

## Part 3:    List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor      KC7 Ranch, Ltd
            _____
            Name

Case number (if known)     17-45166-mxm

---

**Part 3:**   **Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___

Line ____

☐ Not listed. Explain _____     __ __ __ __

4.___

Line ____

☐ Not listed. Explain _____     __ __ __ __

4.___

Line ____

☐ Not listed. Explain _____     __ __ __ __

4.___

Line ____

☐ Not listed. Explain _____     __ __ __ __

4.___

Line ____

☐ Not listed. Explain _____     __ __ __ __

4.___

Line ____

☐ Not listed. Explain _____     __ __ __ __

4.___

Line ____

☐ Not listed. Explain _____     __ __ __ __

4.___

Line ____

☐ Not listed. Explain _____     __ __ __ __

4.___

Line ____

☐ Not listed. Explain _____     __ __ __ __

4.___

Line ____

☐ Not listed. Explain _____     __ __ __ __

4.___

Line ____

☐ Not listed. Explain _____     __ __ __ __

4.___

Line ____

☐ Not listed. Explain _____     __ __ __ __

4.___

Line ____

☐ Not listed. Explain _____     __ __ __ __

4.___

Line ____

☐ Not listed. Explain _____     __ __ __ __

Debtor     KC7 Ranch, Ltd
    Name

Case number *(if known)*    17-45166-mxm

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|   |   | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,494 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 1,494 |

**Fill in this information to identify the case:**

Debtor name __KC7 Ranch, Ltd__

United States Bankruptcy Court for the: Northern District of Texas
Fort Worth Division    District of __TEXAS__
(State)

Case number (If known): __17-45166-mxm__    Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Groundwater Lease | Wolfcamp Water Partners |
|---|---|---|---|
| | | Owner (KC7 Partners, LLC is the Lessor) | 4800 Bryant Irvin Court |
| | | | Fort Worth, TX 76107 |
| | State the term remaining | 12/31/2015 to 12/31/2025 (Ten Year Term) | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Oil and Gas Lease | R&J Graham Energy, Inc |
|---|---|---|---|
| | | Agent/Owner | 32884 IH 10 West, Boerne, TX 78006 |
| | | | Containing 3,040.1300 acres |
| | State the term remaining | 11/10/2015 to 11/10/2020 (Five Year Term) | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Oil and Gas Lease | R&J Graham Energy, Inc |
|---|---|---|---|
| | | Agent/Owner | 32884 IH 10 West, Boerne, TX 78006 |
| | | | Containing 4,113.1700 acres |
| | State the term remaining | 11/10/2015 to 11/10/2020 (Five Year Term) | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Oil and Gas Lease | R&J Graham Energy, Inc |
|---|---|---|---|
| | | Agent/Owner | 32884 IH 10 West, Boerne, TX 78006 |
| | | | Containing 2,720 acres |
| | State the term remaining | 11/10/2015 to 11/10/2018 (Three Year Term) | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Oil and Gas Lease | R&J Graham Energy, Inc |
|---|---|---|---|
| | | Agent/Owner | 32884 IH 10 West, Boerne, TX 78006 |
| | | | Containing 3,482.50 acres |
| | State the term remaining | 11/10/2015 to 11/10/2018 (Three Year Term) | |
| | List the contract number of any government contract | | |

Debtor   <u>KC7 Ranch, Ltd</u>         Case number *(if known)*   <u>17-45166-mxm</u>
     Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases        State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.6** State what the contract or lease is for and the nature of the debtor's interest
: Easement Lease Agreement
Owner/Agent

Roger A. Soape, Inc, 19450 State Highway 249, Suite 460
Houston, Texas 77070
30,445.56 acres in Jeff Davis and Reeves Counties, Texas

State the term remaining: May 1, 2017 - November 1, 2018 (18 Mo Term)

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest
: Grazing Lease No. 8634, dated Jan. 26, 2011
KC7 Ranch (Lessee)
Amended and Extended Jan. 11, 2016
And as further extended to Jan. 26, 2021

Texas Pacific Land Trust (Lessor)
c/o David M. Peterson
General Agent of Lessor
1700 Pacific Ave., Suite 2770
Dallas, Texas  75201

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Fill in this information to identify the case:

Debtor name  KC7 Ranch, Ltd

United States Bankruptcy Court for the:  Northern District of Texas
Fort Worth Division  District of  TEXAS
(State)

Case number (If known):  17-45166-mxm

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1  KC7 Partners, LLC | 4800 Bryant Irvin Ct<br>Street<br><br>Fort Worth   TX   76107<br>City   State   ZIP Code | Hitach Infrastructure Systems (America), LLC | ☒ D<br>☐ E/F<br>☒ G |
| 2.2 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____   Case number (if known)_____
         Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**           *Column 2:* **Creditor**

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|

2.___ _____ Street _____ City State ZIP Code _____ ❏ D ❏ E/F ❏ G

2.___ _____ Street _____ City State ZIP Code _____ ❏ D ❏ E/F ❏ G

2.___ _____ Street _____ City State ZIP Code _____ ❏ D ❏ E/F ❏ G

2.___ _____ Street _____ City State ZIP Code _____ ❏ D ❏ E/F ❏ G

2.___ _____ Street _____ City State ZIP Code _____ ❏ D ❏ E/F ❏ G

2.___ _____ Street _____ City State ZIP Code _____ ❏ D ❏ E/F ❏ G

2.___ _____ Street _____ City State ZIP Code _____ ❏ D ❏ E/F ❏ G

2.___ _____ Street _____ City State ZIP Code _____ ❏ D ❏ E/F ❏ G